SCOTT'S PREPARATIONS, INC., a Corporation Organized under the Laws of the State of Delaware, Respondent, v. V. VIVAUDOU, INC., a Corporation Organized under the Laws of the State of Delaware, Appellant.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment

of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.